**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2354

GEORGIA ARNETTE GREEN,

           Plaintiff - Appellant,

     v.

STATE OF NORTH CAROLINA; LENOIR COUNTY; SUPERIOR COURT OF
LENOIR COUNTY,

           Defendants – Appellees,

     and

LENOIR COUNTY COURT OF KINSTON, NC; WALKER, ALLEN, GRICE,
AMMONS, FOY, L.L.P.; JEFFEREY AMMONS, Attorney,
Individually; RON MEDLIN, JR., Attorney, Individually,

           Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville. Malcolm J. Howard,
Senior District Judge. (4:08-cv-00135-H)

Submitted: May 24, 2012         Decided: May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Georgia A. Green, Appellant Pro Se. Grady L. Balentine, Jr.,
Special Deputy Attorney General, Raleigh, North Carolina; Scott

Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, PA, New Bern, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia Arnette Green appeals the district court's order granting summary judgment for the State of North Carolina, Lenoir County, and the Superior Court of Lenoir County in her action in which she alleged discrimination on the basis of her disabilities. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. State of North Carolina, No. 4:08-cv-00135-H (E.D.N.C. Nov. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED